UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-11635-GAO

JAMIE TOWER,
Plaintiff,

v.

SYAMA P. GANGULY, M.D., GREGORY J. LAREAU, M.D.,
and SOUTH SHORE SURGICAL SPECIALISTS, INC.,
Defendants.

ORDER
May 16, 2011

O'TOOLE, D.J.

After review of the parties' submissions, I conclude that the defendants' motions for summary judgment (dkt. nos. 33 & 34) ought to be, and hereby are, DENIED. There are genuine issues of material fact as to when the plaintiff's cause of action accrued that preclude summary judgment disposition. The claims against the three defendants will stand for trial.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge